# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF VIRGINIA

## Alexandria Division

|  |  |
|---|---|
| HABBY SOLIMAN, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No.: 1:14-CV-01117-TSE-MSN |
| THOMAS COMPUTER SOLUTIONS, LLC et al., ) | |
| Defendants. ) | |

## JUDGMENT

Pursuant to the Status Hearing heard on Friday, July 10, 2015, and in accordance with Rule 58, Fed. R. Civ. P., JUDGMENT in the amount of $100,125.00 is hereby entered in favor of plaintiff HABBY SOLIMAN, and against defendants THOMAS COMPUTER SOLUTIONS, LLC et al., for plaintiff's breach of contract claim.  Further, costs are awarded in the amount of $562.60 pursuant to Rule 54, Fed. R. Civ. P.

Alexandria, Virginia
July 14, 2015

                                              FERNANDO GALINDO
                                              Clerk

                                              /s/ M. Pham
                                              Courtroom Deputy